IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

IN RE:        HOFFINGER INDUSTRIES, INC., DEBTOR        CASE NO. 01-20514
                                                        CHAPTER 11

**EXHIBIT LIST FOR OBJECTORS LEESA BUNCH AND
McMASKER ENTERPRISES, INC.**

COME Objecting Creditors Leesa Bunch ("Bunch"), McMasker Enterprises, Inc. ("McMasker") by their undersigned attorneys, and for their Exhibit List with Exhibits attached or referenced, as required by this Court's Pre-Trial Order dated November 3, 2004, submit the following:

1.  Hoffinger Industries, Inc. Financial Statements and Independent Auditor's Report for:

    (a)   July 31, 2003;

    (b)   July 31, 2002;

    (c)   July 31, 2001;

    (d)   July 31, 2000 AND 1999;

    (e)   July 31, 1999 AND 1998;

    (f)   July 31, 1998 AND 1997;

    (g)   July 31, 1997 AND 1996;

    (h)   July 31, 1995;

    (i)   June 30, 1994;

    (j)   June 30, 1993;

    (k)   June 30, 1992 AND 1991;

    (l)   June 30, 1991 AND 1990;

    (m)   June 30, 1989 AND 1988; and,

(n) June 30, 1988 AND 1987.

2. Fair Market Valuation for Debtor dated November 8, 2004, prepared by Robert E. "Jay" Marsh of Marsh Economic Consulting, Inc., and any similar valuation report or document not yet received, including any non-final drafts, authored or prepared by Mercer Capital Management, Inc., Memphis, Tennessee, Debtor's retained valuation expert.

3. Curriculum vitae for Robert E. "Jay" Marsh of Marsh Economic Consulting, Inc.

4. March 28, 2003, letter report from Jeffrey, Phillips, Mosley and Scott, P.A., to Mr. James F. Dowden, Attorney at Law.

5. Report on feasibility and cash flow for Debtor's Amended Plan of Reorganization ("the Debtor Amended Plan") compiled by Susan Goodell, Kann Capital, Ltd., 2049 Century Park East, Suite 610, Los Angeles, California 90067.

6. Curriculum vitae for Susan Goodell.

7. Portion of transcript of First Meeting of Creditors testimony on October 22, 2001, of Jennifer Dunn, then Chief Financial Officer of Debtor. The following pages are designated: pages. 38 – 43; 43 – 53; 81; and, page 147. Proponents reserve the right to introduce additional portions of the transcript of testimony of Ms. Dunn, and alternatively, to introduce the entire testimony.

8. October 23, 2001, oral deposition of Jennifer Dunn (FRBP 2004 Exam), taken at the Mitchell Law Firm, Little Rock, Arkansas. Specific portions of the Dunn testimony designated are pages 58; 77 – 89; 125 – 131; and, page 157, with applicable exhibits. Proponents reserve the right to introduce additional portions of this of testimony of Ms. Dunn, with applicable exhibits, and alternatively to introduce the entire testimony.

9. All Promissory Notes, Security Agreements, UCC Financing Statements, Real Estate

Mortgages, Loan Agreements, evidence of payment of every kind, board of directors minutes, correspondence, and all related documents of every kind or nature, including HII tax returns, in connection with a $10,000,000 alleged secured loan from J.M. Capital Finance Company, Ltd. ("J.M. Capital") to Debtor dated on or about August 4, 1999, or earlier.

10. All Promissory Notes, Security Agreements, UCC Financing Statements, Loan Agreements, evidence of payment, HII board of directors minutes, correspondence, and all related documents of every kind or nature, including HII tax returns, in connection with a $10,000,000 alleged secured loan from Clinton Pool Company, a Nevada corporation ("CPC"), to Debtor dated on or about October 1, 1993, or earlier, and a July 1, 1995 Promissory Note representing unpaid interest in connection with the October 1, 1993 transaction..

11. U.S. income tax returns, including all attachments and any amendments, for Debtor for the years 1993, to, through, and including 2003.

12. Proof of Claim for Arrowhead Insurance Company ("Arrowhead").

13. Proof of Claim for J.M. Capital Finance ("J.M. Capital").

14. Minutes of the Board of Directors and Executive Committee of Debtor for the period January 1, 1990, to the present (extracted from the Doug Hollowell Declaration dated April 21, 2003) used in California state court litigation.

15. This Court's oral ruling (transcript) on or about August 21, 2004, failing to approve the proposed Debtor's Settlement with Certain Related Parties for the reasons therein discussed.

16. Expert witness Donald Bendure Report dated February 27, 2004, and any update(s) with respect to an analysis of Debtor's insurance transactions with captive insurer Arrowhead, the fairness of the premiums charged, and possible claims or causes of action in favor of Debtor against that captive insurer.

3

17. Expert witness report of Frank K. Stuart, Frank K. Stuart and Associates, 4820 East White Gates Drive, Phoenix, Arizona 85018, and 1450 Harbor Island Drive, San Diego, California 92101, on or pertaining to the viability and enforceability of the J.M. Capital Claim against Debtor, and whether said Claim should be reclassified as equity, or subordinated to Claims of all other Creditors; the present value of the $2,500,000 Purchase Note proposed by the current shareholders of Debtor to be delivered to Debtor on the Effective Date of the Debtor Amended Plan or at a later time; and, the viability and value of certain causes of action against Arrowhead Insurance Company ("Arrowhead") and Debtor's officers and board of directors and others for breach of fiduciary duty, negligence, violation of certain statutes permissible on distributions to shareholders, etc.

18. Curriculum vitae for expert witness Frank K. Stuart.

19. The opinion and/or judgment of the California Court of Appeal affirming the Bunch Judgment in Case No. CO50177, decided November 8, 2004.

20. Jennifer Dunn "Game Plan" Memo dated June 2, 1997.

21. Ellen Lowe deposition dated November 5, 2001.

22. Martin Hoffinger deposition dated April 2, 2004, at pages 62 and 64.

23. Any exhibit designated by Debtor, or Persons in control of Debtor, any Related Party of Debtor, any Insider or Affiliate of Debtor, and, any Person in control of Debtor or of any Related Party Affiliate or Insider of Debtor.

24. Any exhibit designated by the Future Claims Representative, David Grace; any other Creditor or Party in Interest; and, by the Official Unsecured Creditors' Committee of Debtor or the U.S. Trustee.

25. Any document produced by Debtor or ordered surrendered by Debtor under Orders of

this Court as part of the "Due Diligence" investigation of Debtor by the Proponents of the Alternative Plan of Reorganization or the prospective lender for Proponent Cornelius and its investors.

26.     Any document produced by Debtor and introduced or offered for introduction by Debtor in any prior proceeding in this Court or any other Court, including any adversary proceeding or contested matter in this Court.

          Respectfully submitted,

          Leesa Bunch, Creditor

By:    /s/James E. Smith, Jr,_____
        James E. Smith, Jr., Attorney

          McMasker Enterprises, Inc., Creditor

By:    /s/ James E. Smith, Jr._____
        James E. Smith, Jr., Attorney

## CERTIFICATE OF SERVICE

I, James E. Smith, Jr., hereby certify that a copy of the foregoing Exhibit List for Objectors Proponents of Alternative Plan of Reorganization, has been sent by a combination of First Class Mail and electronic mail this 17th day of November, 2004.

U.S. Trustee
Attn: Jim Hollis, Attorney
200 West Capitol, Suite 1200
Little Rock, Arkansas  72201

James F. Dowden
James F. Dowden, P.A.
212 Center Street, 10th Floor
Little Rock, Arkansas  72201

C. Richard Crockett, Ltd.
Madden Law Firm
505 South Rock
Little Rock, Arkansas 72202

Stephen L. Gershner, Esq.
Davidson Law Firm, Ltd.
724 Garland Street
Little Rock, Arkansas 72203

Charles T. Coleman, Esq.
Wright, Lindsey & Jennings, LLP
200 W. Capitol Ave., Ste. 2300
Little Rock. Arkansas 72201

David A. Grace, Esq.
Hardin & Grace, P.A.
410 West 3rd St., Ste. 200
Little Rock, Arkansas 72201

Stan D. Smith, Esq.
Mitchell, Williams, Selig, Gates
   & Woodyard, PLLC
425 West Capitol, Suite 1800
Little Rock, Arkansas 72201

Geoffrey B. Treece
Quattlebaum, Grooms, Tull & Brown, PLLC
111 Center Street, Suite 1900
Little Rock, Arkansas 72201

/s/ James E. Smith, Jr.

6